# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>**JOSEPH SARGENT SHAFFER**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br>1:21MJ 468 |

FILED
in the Middle District of North Carolina
**December 16, 2021
5:48 pm**
Clerk, US District Court
By: _____dmk_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/9/2021__ in the county of __Durham__ in the __Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 912 | False personation of officers or employees of the United States |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s/ Pete Mines
*Complainant's signature*

Pete Mines, FBI Special Agent
*Printed name and title*

Date: 12/16/2021

*Judge's signature*

City and state: Winston-Salem, North Carolina

Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Pete Mines, hereinafter designated as affiant, having been duly sworn according to law, deposes and state that:

## AGENT BACKGROUND

1. Your Affiant, Special Agent Pete G. Mines, is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the attorney general to request an arrest and search warrant. I am a sworn law enforcement officer and have been so for over five (5) years. Your affiant is currently employed by the Federal Bureau of Investigation (FBI) and assigned to the Charlotte Division, Raleigh Resident Agency, Joint Terrorism Task Force. Prior to this assignment, your affiant was employed as a Special Agent for the Air Force Office of Special Investigations assigned to Seymour-Johnson Air Force Base, North Carolina. Your affiant has drafted or assisted in drafting arrest and search warrants that have been presented to, and signed by, federal magistrates. Your affiant has also conducted and assisted in numerous criminal investigations to include drugs, gangs, firearms, bank robberies, fugitives, public corruption, financial crimes, human trafficking, and terrorism. As a result of the affiant's training

and experience as an FBI Special Agent, the affiant is familiar with the Federal criminal laws and knows that Title 18, United States Code, Section 912 prohibits persons from false personation of officers or employees of the United States.

## PURPOSE OF AFFIDAVIT

2. The facts set forth in this affidavit are the products of affiant's investigation and the investigation of other law enforcement officers.

3. I have not included all information learned through this investigation. I have included information I believe is sufficient to establish probable cause for the criminal complaint and arrest warrant requested by this affidavit.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On November 12, 2021, JOSEPH SARGENT SHAFFER, a white male, 31 years old, home address 109 Sturbridge Lane, Chapel Hill, North Carolina (North Carolina), was arrested by the Raleigh-Durham Airport Police Department (RDUPD) after a confrontation with officers. Following the arrest, a long rifle, a Glock pistol and body armor were located in SHAFFER's vehicle. SHAFFER was charged with disorderly conduct and communicating threats.

5. On November 12, 2021, the Orange County Sheriff's Office (OCSO) was contacted by the Liberty Police Department (LPD). LPD relayed SHAFFER was paranoid, believed God was directing his actions, and held

2

hostility toward law enforcement officers. These hostilities included SHAFFER stating he "should just mow down a whole bunch of you."

6. On December 3, 2021, law enforcement responded to Davis Public Safety, 2466 Corporation Parkway, Burlington, North Carolina about suspicious conditions surrounding SHAFFER. SHAFFER entered the business wanting to obtain the serial numbers for three (3) firearms that he purchased during visits on November 10 and 11, 2021. SHAFFER told staff that he needed one (1) of the firearm's serial numbers to report it as stolen.

7. On December 9, 2021, the Durham Police Department (DPD) responded to Hendrick Subaru Southpoint car dealership located at 200 Kentington Drive, Durham, North Carolina in response to a suspicious person impersonating a law enforcement officer. Officers located SHAFFER seated in a locked vehicle. SHAFFER refused to exit or follow officer commands. Additionally, SHAFFER attempted to conceal a badge he was wearing around his neck by placing it beneath his shirt when DPD arrived. After officers removed SHAFFER from the vehicle, SHAFFER was asked by DPD if he was a law enforcement officer. SHAFFER stated to DPD officers he possessed "federal arrest jurisdiction." When DPD asked SHAFFER which government agency he worked for, SHAFFER replied with "the agency" on two occasions. The terminology "the agency" is known to the affiant to mean the Central Intelligence Agency.

8. DPD removed SHAFFER's badge from beneath his shirt and examined the badge. SHAFFER's badge identified SHAFFER as a North Carolina Bail Bondsman. A DPD officer told SHAFFER that SHAFFER was not a federal law enforcement officer. DPD then asked SHAFFER if he ever portrayed himself as a federal agent to dealership employees, to which SHAFFER denied. SHAFFER later stated to a DPD officer he was the leader of the "purple gang" and "the purple gang might come and do a drive by on you, and you might catch something hot." SHAFFER additionally stated "God just took the handcuffs off and I'm coming for you" to officers. Interactions between SHAFFER and DPD officers were captured via bodycam footage. Based on their observations and statements made by Shaffer, officers determined that SHAFFER had mental issues and he was ultimately transported to Duke Regional Hospital for a mental health evaluation. SHAFFER was ultimately involuntarily committed for evaluation. The affiant has spoken to several law enforcement officers who have had prior interactions with SHAFFER and those officers have indicated that SHAFFER has a history of mental health issues and prior involuntary commitments.

9. Subsequent witness interviews by DPD and security camera footage disclosed SHAFFER wore a badge around his neck when interacting with employees in the car dealership and represented himself as a federal officer. Under this authority SHAFFER attempted to take possession of a

4

vehicle in the name of the U.S. Government. For example, when SHAFFER spoke to an individual with the initials of T.B. ("T.B."), the reporting party and employee at the dealership, SHAFFER stated he was there to pick up a Subaru WRX STI (valued at approximately $40,000.00) which was transferred from another Subaru dealership to Hendrick Subaru Southpoint. When T.B. informed SHAFFER a Subaru had not been transferred, T.B. asked SHAFFER who wanted to take possession of the vehicle. SHAFFER responded, "It's for the feds. I'm a fed." SHAFFER then indicated T.B. look at his badge, which was around his neck. T.B. could not clearly make out what the badge said due to the distance SHAFFER maintained from T.B. and because the reception desk was between the two. T.B. reiterated to the DPD that SHAFFER "100%" told T.B. that SHAFFER worked for the federal government and the federal government wanted the vehicle. Additionally, car dealership employees disclosed the vehicle DPD located SHAFFER in was a rental vehicle owned by the dealership. SHAFFER entered the vehicle on his own volition and without permission before locking the doors and refusing to exit.

## CONCLUSION

10. Based on the information above affiant believes probable cause exists to believe that Joseph SHAFFER did knowingly falsely impersonate an officer or employee of the federal government for the purpose of obtaining

5

something of value (a motor vehicle), in violation of Title 18 United States Code, Section 912.

Therefore, I respectfully request that a criminal complaint be issued for SHAFFER's arrest.

Respectfully submitted,

_____/s/ Pete Mines_____
Pete Mines
Special Agent
Federal Bureau of Investigation (FBI)

On this 16 day of December, 2021, SA Pete Mines appeared before me via reliable electronic means or in-person, was placed under oath, and attested to the contents of this affidavit.

_____
Joi Elizabeth Peake
United States Magistrate Judge
Middle District of North Carolina

6